UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL DE LA TORRE-DURAN,<br><br>                          Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>                        Respondents. | Case No.: 25-CV-3312 JLS (SBC)<br><br>**ORDER EXTENDING TIME TO FILE AMENDED PETITION**<br><br>(ECF No. 1) |

      Presently before the Court is Petitioner Luis Manuel De La Torre-Duran's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1). Petitioner, a Mexican national, alleges that he has been detained by the United States Department of Homeland Security's Immigration and Customs Enforcement division at the Otay Mesa Detention Center since sometime in September 2025. Pet. ¶ 45. Petitioner claims that he is detained by Immigration and Customs Enforcement in violation of the Due Process Clause of the Fifth Amendment, the Administrative Procedure Act, and the Fourth Amendment. *Id.* ¶¶ 49–90.

      On November 26, 2025, the Court ordered Petitioner's counsel to refile the Petition "with the correct information regarding Mr. Torre-Duran by December 2, 2025." ECF No.

2 ("Order"). Petitioner's counsel did not refile the Petition. Given the holiday and quantity of these kind of petitions, the Court will extend the deadline to December 10, 2025. If Petitioner's counsel does not refile the Petition, the Petition will be denied, and the Court will refer Petitioner to Federal Defenders of San Diego to receive assistance with his claims.

**IT IS SO ORDERED.**

Dated: December 4, 2025

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge