UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL DE LA TORRE-DURAN,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>                              Respondents. | Case No.:  25-CV-3312 JLS (SBC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 8) |

Presently before the Court is the Parties' Joint Motion to Dismiss ("Joint Mot.," ECF No. 8).  The Parties "acknowledge that Petitioner is currently detained pursuant to 8 U.S.C. § 1226(a) and that Petitioner received a bond hearing" on September 8, 2025.  Joint Mot. at 1 n.1.  Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES** this matter **WITHOUT PREJUDICE**.  As agreed by and between the Parties, each Party will bear its own fees and costs of suit.  As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

       **IT IS SO ORDERED.**

Dated:  December 15, 2025

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1

25-CV-3312 JLS (SBC)